UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V.                                             ) <br> ) <br> LUIS BERROA                         ) <br> ) | Case No. 19-cr-10164-ADB |

**AFFIDAVIT OF JAMES B. KRASNOO, ESQ. IN SUPPORT OF
DEFENDANT LUIS BERROA'S MOTION TO SUPPRESS**

I, James B. Krasnoo, Esq., hereby depose and state under oath as follows:

1. I am counsel to the defendant in the above-captioned criminal case.

2. I have caused to be attached hereto true and genuine copies of the following:

**Exhibit A**   Search and Seizure Warrant (Bates USAO_000104-105);

**Exhibit B**   Application for Search Warrant and Supporting Affidavit (Bates USAO_000106)

**Exhibit C**   Affidavit in support of Application (Bates USAO_000078 – 102)

**Exhibit D**   Search and Seizure Warrant and Return (Bates USAO_000123 – 124)

**Exhibit E**   Affidavit of Michael Dunn (doc. 13-3)

**Exhibit F**   Transcript of Detention Hearing

3. I make no representations as to the truth or falsity of any statements contained within the attached documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief this 6th day of July, 2020.

/s/James B. Krasnoo
James B. Krasnoo

Dated: July 6, 2020

**CERTIFICATE OF SERVICE**

    I hereby certify that I served a true copy of the within document upon the attorney of record for each other party via the Court's ecf system on July 6, 2020.

                                                    */s/ James B. Krasnoo*
                                                    James B. Krasnoo