AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19-MJ-5049-JGD
3 NEWTON STREET, APARTMENT 2, LAWRENCE, )
MASSACHUSETTS 01843 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
3 Newton Street, Apartment 2, Lawrence, Massachusetts 01843, as described more fully in Attachment A-1 to DEA Special Agent Jill Hardie's Affidavit, incoporated herein, and certain telephones located in or on the premises

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of drug trafficking, including but not limited to narcotics, packaging equipment and materials, records, and telephones, as set forth more fully in Attachment B to DEA Special Agent Jill Hardie's Affidavit, attached hereto and incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 & 841(b)(1)(B)(iii) | Conspiracy to distribute 28 grams or more of crack cocaine |

The application is based on these facts:
See attached affidavit of DEA Special Agent Jill Hardie.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Jill Hardie*
Applicant's signature

Jill Hardie, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  03/12/2019

*Judith Gail Dein*
Judge's signature

City and state: Boston, Massachusetts

Hon. Judith G. Dein, US Magistrate Judge
Printed name and title

USAO_000106

## ATTACHMENT A-1

Description of the Premises to be Searched

3 Newton Street, Apartment 2, Lawrence, Massachusetts 01843 (hereinafter, "Target Location #1") and certain telephones located therein. Target Location #1 is described as follows: 3 Newton Street, Lawrence, Massachusetts, is a three-story multi-unit apartment complex. The residence is a red brick building with white trim and blue shutters. The front entrance is located on Newton Street and has a small gray shingled roof above it. The front door is brown and is marked with a brass number "3." There is a paved parking area in front of the building. Apartment #2 is located on the first floor, to the left. The door is labeled #2.

The Target Location is depicted below.



## ATTACHMENT B

### Description of the Items to be Seized

The following is a list of the evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of a controlled substance) to be seized:

1. Controlled substances, including but not limited to fentanyl.

2. Books, records, receipts, notes, ledgers, and other papers relating to the purchase, storage, or distribution of controlled substances, including records of sales, records of purchases, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, telephone bills, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises. Such identification evidence is typical of the articles people commonly maintain in their residences, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, bank statements, credit card receipts, identification documents, and keys, and items commonly maintained in vehicles, such as registration, insurance, and identification documents.

4. Cash, currency, and currency counting machines, and records relating to controlled substances income and financial transactions relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in controlled substances. Such items include, but are not limited to, jewelry; precious metals such as gold and silver; precious gems such as diamonds; titles; deeds; monetary notes; registrations; purchase or sales invoices; and bank records.

5. Documents or tangible evidence reflecting dominion, ownership, and/or control over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.

6. Photographs, videos, or other records concerning controlled substances, proceeds from the sales of controlled substances, or identities of coconspirators.

USAO_000108

7. Cellular telephones in the possession of or used by Encebio ESPERITUSANTO, Brayan LEBRON, or Giovanni BAUTISTA, and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data relating to or referencing drug trafficking and/or referencing individuals engaged in drug trafficking, located in the memory of any mobile telephone, from January 1, 2018 until the present, including but not limited to:

   a. Names and contact information that have been programmed into the device(s) (including but not limited to contacts lists) of individuals who may be engaged in drug trafficking;

   b. Logs of calls (including last numbers dialed, last calls received, time of calls, missed calls, and duration of calls) both to and from the device(s);

   c. Text messages both sent to and received from the device(s) (including any in draft form) relating to or referencing drug trafficking and/or referencing individuals engaged in drug trafficking;

   d. Incoming and outgoing voice mail messages both to and from the device(s) relating to or referencing drug trafficking or individuals engaged in drug trafficking;

   e. GPS data;

   f. Browser messages and/or internet communications (e.g., e-mail, text messages) both to and from the device(s) (including any in draft form) relating to or referencing drug trafficking or individuals engaged in drug trafficking;

   g. Documents, photographs, or videos in any format, including but not limited to Microsoft Word or Adobe PDF files, relating to or referencing drug trafficking or individuals engaged in drug trafficking;

   h. All data within the device(s) evidencing ownership, possession, custody, control, or use of the device(s); and

   i. Service Provider handset unlock password(s) and any other passwords used to access the electronic data described above.

USAO_000109