AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>**3 NEWTON STREET, APARTMENT 2, LAWRENCE,** )<br>**MASSACHUSETTS 01843** )<br>) | Case No. 19-MJ-5049-JGD |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Massachusetts____
*(identify the person or describe the property to be searched and give its location):*

3 Newton Street, Apartment 2, Lawrence, Massachusetts 01843, as described more fully in Attachment A-1, incoporated herein, and certain telephones located in or on the premises

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Evidence of drug trafficking, including but not limited to narcotics, packaging equipment and materials, records, and telephones, as set forth more fully in Attachment B, attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 25, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. Judith G. Dein____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5:29 PM, Mar 12, 2019__                    *Judith Gail Dein*
                                                                    _____
                                                                    *Judge's signature*

City and state:  ____Boston, Massachusetts____            Hon. Judith G. Dein, US Magistrate Judge
                                                           _____
                                                           *Printed name and title*

USAO_000123

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-MJ-5049-JGD | Date and time warrant executed: MARCH 13, 2019 | Copy of warrant and inventory left with: ON SITE AT 3 NEWTON STREET, APT 2, LAWRENCE, MA |
| Inventory made in the presence of: TFO BRIAN CONNERNEY + SA JAMES KECZKEMETHY ||||

Inventory of the property taken and name of any person(s) seized:

LUIS BERROA
- ONE (1) TAURUS MODEL PT24/7, .40 cal pistol w/ clip (SER # SF054610).
- ONE (1) JIMENEZ ARMS MODEL J.A. 380, .380 cal pistol w/ clip (SER # 114284).
- TWELVE (12) rounds of .380 cal ammunition.
- ONE (1) SAMSUNG GALAXY S8 CELL PHONE.
- NINETEEN THOUSAND FOUR HUNDRED DOLLARS ($19,400.00) U.S.C (COUNTERFEIT).
- TWO (2) DRUG LEDGERS.
- ONE (1) AWS SCALE.
- ONE (1) PLASTIC BAG CONTAINING AN UNKOWN AMOUNT OF SUSPECTED FENTANYL PILLS.
- ONE (1) PLASTIC BAG CONTAINING SUSPECTED COCAINE.
- ONE (1) PLASTIC BAG CONTAINING SUSPECTED FENTANYL.
- THREE (3) PLASTIC BAGS AND ONE (1) COMPRESSED FINGER OF SUSPECTED FENTANYL.
- ONE (1) PLASTIC BAG CONTAINING AN UNKOWN AMOUNT OF SUSPECTED XANAX PILLS.
- ONE (1) PLASTIC BAG CONTAINING SUSPECTED FENTANYL.
- ONE (1) BLUE PILL SUSPECTED TO BE FENTAYL (LOOKS LIKE 30mg OXYCODONE PILL).
- ONE (1) PINK BOX CONTAINING A FINGER PRESS.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: NOVEMBER 19, 2019

*Executing officer's signature*

SA RAYMOND GREENE
*Printed name and title*

USAO_000124