UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) M.J. No. 19-5051-JGD |
| LUIS BERROA, | ) |
| Defendant | ) **FILED UNDER SEAL** |

## AFFIDAVIT OF MICHAEL J. DUNN

I, Special Agent Michael J. Dunn, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the Drug Enforcement Administration ("DEA") since 2008. I currently am assigned to the New England Field Division's Task Force 1 located in the Boston Office. Prior to my employment as a Special Agent, I was employed as a police officer with the Nashua, New Hampshire Police Department for over six years.

2. As a DEA Special Agent, I am authorized to investigate violations of the laws of the United States, including violations of federal narcotics laws in Title 21 of the United States Code. I have received training regarding narcotics investigations while attending the Basic Agent Academy in Quantico, Virginia, and have attended additional specialized training courses in furtherance of my past and current assignments.

3. I have participated in all aspects of drug investigations, including physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, debriefings of defendants, informants and witnesses who had personal knowledge regarding major narcotics trafficking organizations, and

the court-authorized interception of communications. I have also reviewed taped conversations and telephone, financial, and drug records. Through my training and experience, I have become familiar with the manner in which illegal drugs are imported, transported, stored, and distributed, and the methods of payment for such drugs.

4. I submit this affidavit in support of a Criminal Complaint charging LUIS BERROA with violating Title 21, United States Code, Section and 841(a)(1) (possession with intent to distribute fentanyl).

5. I am familiar with the facts and circumstances of this investigation from my own personal participation and from oral and written reports made to me by agents of the DEA and other federal, state, and local law enforcement agencies. I have also reviewed information from a variety of additional sources, including a confidential source of information.

6. This affidavit is submitted for the limited purpose of establishing probable cause to believe that BERROA has committed the above offense. Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation. I have set forth only the facts that I believe are needed to establish the requisite probable cause.

## EVIDENCE IN SUPPORT OF PROBABLE CAUSE

7. On March 12, 2019, agents obtained a federal search warrant for 3 Newton Street, Apartment 2, Lawrence, Massachusetts. (M.J. No. 19-5049-JGD). Agents executed the warrant on March 13, 2019. In a bedroom located off of the living room, agents located approximately 50 grams of a substance that field tested positive for the presence of fentanyl and two firearms. More specifically, behind a panel of the drop ceiling in the bedroom, agents located a pink box containing a "finger," or ten-gram quantity of suspected fentanyl, as well as a separate plastic

bag containing a white powder substance believed to be fentanyl. Also in the box, agents located a finger press, which, based on my training and experience, I know is a tool used to compress heroin or fentanyl into ten-gram quantities for distribution Behind the same ceiling tile, agents located another plastic bag containing a white powder substance believed to be fentanyl. The substances in one of the bags in the box and in the bag outside the box were field tested using a TruNarc device and tested positive for the presence of fentanyl. In the closet of the same bedroom, agents located a small plastic bag containing suspected fentanyl in the pocket of a shirt and two firearms in a duffle bag. The firearms included a .40 caliber Taurus handgun and a .380 caliber Jimenez arms handgun. The clips in both handguns were empty, but bullets for the .380 handgun were located in a sock in the same duffle bag.

8.  When agents made entry into the apartment, BERROA was asleep in the bedroom where the drugs and firearms were ultimately located. While executing the search warrant, agents also located BERROA's United States passport in the dresser of the bedroom where he was sleeping and a United States naturalization certificate in BERROA's name in another area of the apartment.

9.  In the closet of the second bedroom in the apartment (which was occupied by another individual at the time of agents' entry), agents located a plastic bag containing what I believe to be cutting agent, that is, a substance used to dilute drugs for distribution.

10. BERROA directed agents to identification in his name and bearing his likeness. The identification was retrieved from a black Honda Accord parked outside of 3 Newton Street in Lawrence. The Accord is registered in BERROA's name at 3 Newton Street, Apartment 2, Lawrence, Massachusetts.

## CONCLUSION

11.     Based upon the foregoing, there is probable cause to believe that on March 13, 2019, LUIS BERROA did knowingly and intentionally possess with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

*[signature]*

Michael J. Dunn
Special Agent
Drug Enforcement Administration

Sworn to before me this 13th day of March 2019.

*[signature]*

HONORABLE JUDITH G. DEIN
United States Magistrate Judge
District of Massachusetts

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. II   Investigating Agency  DEA
City  Lawrence   **Related Case Information:**
County  Essex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  19-5051-JGD
Search Warrant Case Number  19-5049-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Luis Berroa    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name
Address  (City & State)  Lawrence, MA

Birth date (Yr only): 1989  SSN (last4#): _____  Sex  M   Race: Hispanic  Nationality: _____

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  Katherine Ferguson   Bar Number if applicable _____

Interpreter:  ☑ Yes  ☐ No   List language and/or dialect:  Spanish

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date  March 13, 2019

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 13, 2019   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Luis Berroa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011