# EXHIBIT C

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☑ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of         )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)*  )   Case No. 20-MJ-5109-JGD
ONE SAMSUNG GALAXY S8 CELLULAR  )
TELEPHONE SEIZED ON MARCH 13, 2019 )
                                       )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Massachuetts _____
*(identify the person or describe the property to be searched and give its location)*:

One Samsung Galaxy S8 cellular telephone seized from 3 Newton Street, Apartment 2, Lawrence, Massachusetts, on March 13, 2019, as more fully described in Attachment A, attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of violations of 21 U.S.C. §§ 841(a) and 846, as described in Attachment B, attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 23, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Judith G. Dein _____.
                                                      *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    **10:09 AM, Jun 10, 2020**        /s/ Judith Dein
                                                             *Judge's signature*

City and state:     Boston, MA                     Judith G. Dein, United States Magistrate Judge
                                                        *Printed name and title*

USAO_000941

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>20-MJ-5109-JGD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>_____<br>Executing officer's signature<br><br>_____<br>Printed name and title |

USAO_000942

## ATTACHMENT A

### Description of the Property To Be Searched

A Samsung Galaxy S8 cellular telephone seized from 3 Newton Street, Apartment 2, Lawrence, Massachusetts, on March 13, 2019 (DEA Exhibit N-25), currently in the custody of the Drug Enforcement Administration, 15 New Sudbury Street, Boston, Massachusetts 02114.

USAO_000943

## ATTACHMENT B

### Items to be Seized from the Target Telephone

All records and data from January 1, 2018, to March 13, 2019, in any format whatsoever (digital, electronic, or otherwise) that constitute evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 846 and 841 (drug conspiracy and drug distribution), including, without limitation:

a. Names and contact information that have been programmed into the device (including but not limited to contacts lists) of individuals who may be engaged in drug trafficking;

b. Logs of calls (including last numbers dialed, last calls received, time of calls, missed calls, and duration of calls) both to and from the device;

c. Text messages both sent to and received from the device (including any in draft form) relating to or referencing drug trafficking and/or referencing individuals engaged in drug trafficking;

d. Incoming and outgoing voice mail messages both to and from the device relating to or referencing drug trafficking or individuals engaged in drug trafficking;

e. GPS data;

f. Browser messages and/or internet communications (e.g., e-mail, text messages) both to and from the device (including any in draft form) relating to or referencing drug trafficking or individuals engaged in drug trafficking;

g. Documents, photographs, or videos in any format, including but not limited to Microsoft Word or Adobe PDF files, relating to or referencing drug trafficking or individuals engaged in drug trafficking;

h. All data within the device evidencing ownership, possession, custody, control, or use of the device; and

i. Service Provider handset unlock password(s) and any other passwords used to access the electronic data described above.

USAO_000944