UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:19-cr-10164-ADB |
| ) | |
| LUIS BERROA ) | |
| ) | |
| Defendant.  ) | |

**AFFIDAVIT OF STEPHEN W. HASSINK IN OPPOSITION TO DEFENDANT'S
MOTION TO SUPPRESS EVIDENCE SEIZED PURSUANT TO A SEARCH WARRANT**

I, Stephen W. Hassink, hereby depose and state under oath as follows:

1. I am counsel for the United States of America in the above-captioned case.

2. I have attached to this affidavit true and accurate copies of the following:

   a. <u>Exhibit A</u>: July 4, 2019 discovery production cover email from the U.S. Attorney's Office to counsel for the defendant, James Krasnoo.

   b. <u>Exhibit B</u>: DEA report describing the arrest of the defendant, Luis Berroa, and the search of the defendant's residence at 3 Newton Street, Apartment #2, Lawrence, Massachusetts, which listed the defendant's cellular phone among the items seized.

   c. <u>Exhibit C</u>: November 21, 2019 discovery production cover email from the U.S. Attorney's Office to counsel for defendant, James Krasnoo.

   d. <u>Exhibit D</u>: Search warrant return for 3 Newton Street, Apartment #2, Lawrence, Massachusetts, which listed the defendant's cellular phone among the items seized.

    e. <u>Exhibit E</u>: July 17, 2020 discovery request email from counsel for the defendant, James Krasnoo, to AUSA Katherine Ferguson, in which he asked whether or not there were any fingerprints reports concerning the defendant's cell phone.

3. On July 5, 2019, the U.S. Attorney's Office produced a report of the arrest of the defendant, Luis Berroa, and the search of the defendant's residence at 3 Newton Street, Apartment #2, Lawrence, Massachusetts (Exhibit B), which listed the defendant's cellular phone among the items seized.

4. On November 21, 2019, the U.S. Attorney's Office produced the search warrant return for 3 Newton Street, Apartment #2, Lawrence, Massachusetts (Exhibit D), which listed the defendant's cellular phone among the items seized.

5. On July 17, 2020, counsel for defendant, James Krasnoo, sent a discovery request email to AUSA Katherine Ferguson, in which he asked whether or not there were any fingerprints reports concerning the defendant's cell phone.

6. Prior to the defendant's affidavit, filed on October 20, 2020, in support of his motion to suppress (Docket No. 86), I am not aware of any communication or statement from the defendant, his counsel James Krasnoo, or any other person, in which they requested the return of the defendant's cell phone or requested an independent inspection of the cell phone.

Executed this 20TH day of October, 2020

                                                            Stephen W. Hassink
                                                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that on October 20, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

                                                  */s/ Stephen W. Hassink*
                                                  Stephen W. Hassink
                                                  Assistant U.S. Attorney